IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JESSICA SOTELO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-cv-836-RP |
| CAMERON HEALTH CARE, LLC d/b/a SEDONA TRACE HEALTH AND WELLNESS, | § § § § § § | |
| Defendant. | § § | |

**ORDER**

On February 25, 2022, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 14). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 28, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE